No. 92–6310.  SOMES v. UNITED STATES, 506 U. S. 1009.  Motion of petitioner for leave to file petition for rehearing denied.

APRIL 1, 1993

No. 92–1470.  HUGHES AIRCRAFT CO. v. COFFEY.  Ct. App. Cal., 2d App. Dist.  Certiorari dismissed under this Court's Rule 46.